UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-00146-04 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WILLIAM A. JEWELL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM RULING**

Before the Court is Defendant William A. Jewell's ("Jewell") "Motion to Amend" (Record Document 779) his "Motion to Supplement" (Record Document 777) his Memorandum in Support (Record Document 749) of his 28 U.S.C. § 2255 Motion (Record Document 739). Jewell's "Motion to Amend" (Record Document 779) is hereby **DENIED**.

**PROCEDURAL BACKGROUND**

Jewell, a federal inmate convicted of conspiracy to distribute child pornography, filed his original Motion to Vacate his sentence under 28 U.S.C. § 2255 on October 10, 2014. See Record Document 734. On October 29, 2014, the Court granted Jewell leave to file a Memorandum in Support of the § 2255 Motion no later than December 1, 2014. See Record Document 741. On November 24, 2014, the Court granted Jewell leave to file a Memorandum in Support of the § 2255 Motion no later than January 5, 2015. See Record Document 747. Jewell filed his first Memorandum in Support of his § 2255 Motion on December 5, 2014. See Record Document 749.

Jewell then filed a "Motion Requesting to Reserve Filing Amended § 2255 Motion" on January 5, 2015. See Record Document 753. On January 29, 2015, the Court granted the Motion without setting a deadline for the filing of the amended Memorandum in Support of his § 2255 Motion. See Record Document 756. On March 17, 2015, the Court

granted the Government's request for an extension of time to respond to Jewell's § 2255 Motion, granting the Government an extension of 30 days from the date Jewell files his amended Memorandum in Support of his § 2255 Motion. See Record Document 761. Jewell filed a supplemental Memorandum in Support of his § 2255 Motion (titled "Motion to Supplement 28 USC § 2255 Motion") on May 6, 2016. See Record Document 777. On December 16, 2016, Jewell filed the instant "Motion to Amend" his supplemental Memorandum in Support of his § 2255 Motion. See Record Document 779.

## ANALYSIS

In the instant Motion to Amend, Jewell seeks to replace his 26-page supplemental Memorandum in Support of his § 2255 Motion with a 77-page supplemental Memorandum in Support. See Record Documents 777-1 and 779-1. As outlined above, Jewell has had ample opportunity to file memoranda supporting his § 2255 Motion. In fact, he has already availed himself of the opportunity to do so by filing both an original Memorandum in Support and a first supplemental Memorandum in Support of his § 2255 Motion. See Record Documents 749 and 777.

A comparison of the first supplemental Memorandum in Support (26 pages) and its proposed 77-page replacement in the instant Motion reveal that both raise the same argument: that the Government's actions in investigating and prosecuting child pornography are unconstitutional and that child pornography convictions must therefore be vacated. See Record Documents 777-1 and 779-1. It appears that both of these documents are a collaborative effort between Jewell and his fellow inmates. See Record Document 779-1 at 8 (containing a statement of appreciation to Jewell for his "material contributions, research, or other aid and support" in drafting the 77-page memorandum).

Memoranda in support of motions made in this Court may not be supplemented without leave of court. See Local Rule 7.4. The Court has discretion to allow or deny supplements to memoranda in support. In the instant matter, the Court declines to allow supplementation of Jewell's Memorandum in Support of his § 2255 Motion with yet another supplemental Memorandum in Support. Jewell already has two Memoranda in Support on file with the Court explaining the grounds upon which his conviction should be overturned. See Record Documents 749 and 777-1. The proposed second supplemental Memorandum in Support contains essentially the same arguments as the first supplemental Memorandum in Support.

The Government has not yet responded to Jewell's § 2255 Motion. The Government is ordered to respond to Jewell's § 2255 Motion by February 20, 2017.

## CONCLUSION

Accordingly, Jewell's "Motion to Amend" (Record Document 779) his "Motion to Supplement" (Record Document 777) his Memorandum in Support (Record Document 749) of his 28 U.S.C. § 2255 Motion (Record Document 739) is hereby **DENIED**. Additionally, the Government has until February 21, 2017 to respond to Jewell's § 2255 Motion.

An order consistent with the terms of the instant Memorandum Ruling shall issue herewith.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 22nd day of December, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE