# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-00146-04 |
| | CIVIL ACTION NO. 14-2999 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WILLIAM A. JEWELL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Petitioner William A. Jewell's ("Petitioner") Motion "for copies of CJA-20 and CJA-30 voucher payments . . . and expense reimbursement records" for purposes of preparing a second or successive Section 2255 motion. Record Document 805 at 1. Petitioner states that he "wish[es] to identify the time spent on [his] case, dates, and services alleged to have been provided." Id.

In order to obtain discovery regarding a Section 2255 motion, the petitioner must show good cause. See Rules Governing Section 2255 Proceedings for the U.S. District Courts, Rule 6(a). Good cause exists "where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief . . . ." Bracy v. Gramley, 520 U.S. 899, 908–09, 117 S. Ct. 1793, 1799 (1997).

Here, there is no indication from Petitioner's aforementioned reasons for his request that such materials would benefit his chances of success on a second or successive Section 2255 motion. Furthermore, Petitioner has not obtained permission from the Fifth Circuit Court of Appeals to file said motion. See Rules Governing Section 2255 Proceedings for the U.S. District Courts, Rule 9.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion (Record Document 805) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8th day of August, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT