# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-00146-04 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WILLIAM A. JEWELL | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is Defendant William A. Jewell's ("Jewell") *pro se* Motion to Take Judicial Notice (Record Document 897).

Judicial notice is a limited evidentiary device that allows a court to recognize as true certain adjudicative facts that are not subject to reasonable dispute because they are either (1) generally known within the court's jurisdiction or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. See Fed. R. Evid. 201. The Motion does not clearly identify any adjudicative fact of which the Court could properly take notice under Federal Rule of Evidence 201. Instead, Jewell attaches to his Motion a "Complaint for Injunctive and Declaratory Relief" and a "Motion for Preliminary Injunction" concerning matters outside the scope of this criminal proceeding.

Accordingly, **IT IS ORDERED** that Jewell's *pro se* Motion to Take Judicial Notice (Record Document 897) is **DENIED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8th day of September, 2025.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT