**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-00146-04 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WILLIAM A. JEWELL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is Defendant William A. Jewell's ("Jewell") *pro se* Motion to Take Judicial Notice (Record Document 906), in which he asks the Court to take judicial notice that Georgette Jean Jewell has perjured herself when she signed an "Inventory, Account, and Final Report" for William Edwin Jewell Jr.'s estate. Additionally, Jewell is asking the Court to take judicial notice of various facts involving Georgette Jean Jewell hiding and refusing to pay Jewell funds from the estate.

Judicial notice is a limited evidentiary device that allows a court to recognize as true certain adjudicative facts that are not subject to reasonable dispute because they are either (1) generally known within the court's jurisdiction or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. See Fed. R. Evid. 201. The matter raised by Jewell does not fall within that category. Georgette Jean Jewell's alleged concealing of estate funds and perjury, as well as Jewell's entitlement to certain estate funds are disputed factual allegations, not facts of common knowledge or ones verifiable from unquestionable sources. Moreover, the allegations have no relevance to the issues before the Court in this criminal proceeding.

Accordingly, **IT IS ORDERED** that Jewell's *pro se* Motion to Take Judicial Notice (Record Document 906) is **DENIED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8th day of September, 2025.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT