# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-00146-04 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WILLIAM A. JEWELL | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is Defendant William A. Jewell's ("Jewell") *pro se* Motion to Compel Production of Documents, Motion for Sufficient Funds for Up-to-Date MRI & PET Scan Brain Imagery, and Motion for Sufficient Funds for the Appointment of Neurologist and/or Neuropsychiatrist. See Record Document 909.

The discovery sought (police reports from decades ago) is irrelevant and disproportionate under Fed. R. Civ. P. 26(b)(1). To the extent Plaintiff seeks MRI and PET scan testing or the appointment of a neurologist or neuropsychiatrist at government expense, neither the Federal Rules nor 28 U.S.C. § 1915 authorize the Court to allocate public funds for such purposes. See Pedraza v. Jones, 71 F.3d 194, 196 (5th Cir. 1995) (citing U. S. v. MacCollom, 426 U.S. 317, 321 (1976)) ("[E]xpenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress."). Thus, Plaintiff's motions are without merit.

Accordingly, **IT IS ORDERED** that Jewell's *pro se* Motion to Compel Production of Documents, Motion for Sufficient Funds for Up-to-Date MRI & PET Scan Brain Imagery, and Motion for Sufficient Funds for the Appointment of Neurologist and/or Neuropsychiatrist (Record Document 909) is **DENIED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 31st day of October, 2025.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT